**STATE of Missouri, Respondent,**

v.

**Andre PEARSON, Appellant.**

**No. ED 79627.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 23, 2002.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., PAUL J. SIMON, J., CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Appellant, Andre Pearson ("appellant"), appeals the judgment of the Circuit Court of the City of St. Louis, following a jury trial, finding him guilty of one count of murder in the first degree, section 565.020.1, RSMo 2000[1] and one count of armed criminal action, section 571.015. Appellant was sentenced to concurrent sentences of life in prison without the possibility of probation or parole on each count. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).

---

1. All rule references are to Mo. R.Crim. P.2002, unless otherwise indicated.

1. All statutory references are to RSMo 2000.